UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case Number: 4:16-cv-00906 |
| LOCKHEED MARTIN CORPORATION, | § § § | |
| *Defendant*. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Exxon Mobil Corporation, as successor to Mobil Finishes Company, Inc., Lockheed Martin Corporation, as successor to Martin Marietta Corporation, and Intervenor, Continental Casualty Company, file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41. All parties to this action have reached a confidential agreement to resolve this matter. Pursuant to that agreement, the parties hereby jointly stipulate that this case, including all claims, counterclaims, and affirmative defenses, should be dismissed with prejudice, each party to bear its own costs and fees, thereby concluding this matter in its entirety.

Dated: January 3, 2018

Respectfully submitted,

By:   /s/ *Kathy D. Patrick*
Kathy D. Patrick
ATTORNEY-IN-CHARGE FOR PLAINTIFF/
COUNTER DEFENDANT
Tex. State Bar No. 15581400
S.D. Tex. Bar No. 7075
GIBBS & BRUNS, L.L.P.
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone:	(713) 650-8805
Facsimile:	(713) 750-0903
Email: kpatrick@gibbsbruns.com

1

OF COUNSEL TO EXXON MOBIL CORPORATION:

Ashley M. Kleber
Tex. State Bar No. 24060263
S.D. Tex. Bar No. 970584
Brice A. Wilkinson
Tex. State Bar No. 24075281
S.D. Tex. Bar No. 1277347
GIBBS & BRUNS, L.L.P.
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone:    (713) 650-8805
Facsimile:    (713) 750-0903
Email:        akleber@gibbsbruns.com
              bwilkinson@gibbsbruns.com

Robert Scott
Tex. State Bar No. 17911800
S.D. Tex. Bar. No. 3085
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:    (713) 228-6607
Facsimile:    (713) 228-6605
Email:        RScott@BlankRome.com

James R. Murray (*pro hac vice* motion to be filed)
Jared Zola (*pro hac vice* motion to be filed)
James Carter, Jr. (*pro hac vice* motion to be filed)
BLANK ROME L.L.P.
1825 Eye St. NW
Washington, D.C. 20006
Telephone:    (202) 420-2200
Facsimile:    (202) 420-2201
Email:        JMurray@BlankRome.com
              JZola@BlankRome.com
              JSCarter@BlankRome.com

By: */s/ Steven R. Gilford*
Steven R. Gilford (IL Bar No. 3121730)
*Admitted Pro Hac Vice*
PROSKAUER ROSE LLP
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Tel: 312.962.3510
Email: sgilford@proskauer.com

*Counsel for Defendant/Counter-Claimant Lockheed Martin Corporation*


By: **/s/ Howard L. Close*
Howard L. Close
State Bar No. 04406500
S.D. Tex. No. 13362
E. Marie Jamison
State Bar No. 24044647
S.D. Tex. No. 611126
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Tel: 713.572.4321
Fax: 713.572.4329
Email: close@wrightclose.com
jamison@wrightclose.com
*Lead Counsel for Intervenor/Counter-Claimant Continental Casualty Company*

OF COUNSEL TO CONTINENTAL CASUALTY COMPANY:
Bruce M. Lichtcsien (*Admitted pro hac vice*)
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60601
Tel: 312.784.5400
Fax: 312.784.5499
Email: pwalsh@hww-law.com
blichtcsien@hww-law.com
sjaffe@hww-law.com

\* Signed by permission

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record on January 3, 2018 via the Court's CM/ECF filing system.

                                      /s/ *Brice A. Wilkinson*
                                      Brice A. Wilkinson
                                      Counsel for Exxon Mobil Corporation